OPINION — AG — **** AUTHORITY OF OSTEOPATHIC BOARD **** AFTER THE APPLICANT HAS PAID HIS ANNUAL FEES AND PROVIDED SATISFACTORY EVIDENCE TO THE BOARD OF HIS ATTENDANCE AT AN EDUCATIONAL PROGRAM AS PROVIDED IN TITLE 59 O.S. 1971 641 [59-641], IT IS DISCRETIONARY WITH THE BOARD TO REINSTATE OR REFUSE TO REINSTATE THE APPLICANT'S LICENSE AFTER THE APPLICANT HAS BEEN GRANTED A HEARING. CITE: 59 O.S. 1971 634 [59-634], 59 O.S. 1971 637 [59-637] (TODD MARKUM)